IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MAHASKA BOTTLING COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO, INC. and BOTTLING GROUP, L.L.C.<br><br>Defendants. | Case No.: 4:16-cv-00114 REL-SBJ<br><br><br><br>**MOTION TO DISMISS PLAINTIFF'S ANTITRUST AND FIDUCIARY-DUTY CLAIMS** |

Defendants PepsiCo, Inc. and Bottling Group, LLC move to dismiss Plaintiff's antitrust and fiduciary-duty claims (Counts I-V and X of the Complaint) under Federal Rule of Civil Procedure 12(b)(6), and in support state:

1. Plaintiff's antitrust and fiduciary-duty claims fail on the face of the Complaint.

2. As a preliminary matter, all of the antitrust claims fail because the Complaint does not establish that Plaintiff has standing under the antitrust laws. It points only—through entirely conclusory allegations—to alleged lost profits, purportedly flowing from the decision of Plaintiff's customers (who are not defendants in this case) to cancel their contracts or otherwise forgo business with Plaintiff, but does not identify any anticompetitive injury—a prerequisite to a private antitrust claim.

3. In addition, and for reasons explained in the accompanying Brief in Support of Defendants' Motion to Dismiss Plaintiff's Antitrust and Fiduciary-Duty Claims, the Complaint fails to plead even the basic elements of its claims for price-fixing, predatory pricing, attempt and conspiracy to monopolize, and price discrimination (under either federal or state law).

4.        Finally, the Complaint's claims for breach of fiduciary duty likewise fail because Iowa law does not recognize a fiduciary relationship in these circumstances between Plaintiff and either Defendant.

THEREFORE, Defendants PepsiCo, Inc. and Bottling Group, LLC respectfully request that Counts I–V and X of the Complaint be dismissed with prejudice.

/s/ Linda H. Martin
Linda H. Martin
Leah Friedman
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10011
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
E-mail: linda.martin@freshfields.com
           leah.friedman@freshfields.com

Thomas Ensign
Freshfields Bruckhaus Deringer US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
E-mail: thomas.ensign@freshfields.com

Ryan G. Koopmans (AT0009366)
NYEMASTER GOODE P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-3100
Facsimile: (515) 283-3108
Email:  rkoopmans@nyemaster.com

**ATTORNEYS FOR DEFENDANTS PEPSICO, INC. and BOTTLING GROUP, LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that on **July 29, 2016**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Johannes (John) H. Moorlach
WHITFIELD & EDDY, PLC
699 Walnut Street, Suite 2000
Des Moines, IA  50309
Telephone: (515) 246-5501
Fax: (515) 246-1474
Email: moorlach@whitfieldlaw.com

Jason H. Friedman
FRIEDMAN & FEIGER, LLP
5301 Spring Valley Road
Suite 200                                  /s/ Linda H. Martin_____
Dallas, TX 75254
(972) 788-1400
Fax: (972) 788-2667
Email: jhfriedman@fflawoffice.com

**ATTORNEY FOR PLAINTIFF**