IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MAHASKA BOTTLING COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO, INC. and BOTTLING GROUP, L.L.C.<br><br>Defendants. | Case No.: 4:16-cv-00114 REL-SBJ<br><br><br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |

    Defendants PepsiCo, Inc. and Bottling Group, LLC move for leave to file the attached overlength Brief in Support of their Motion to Dismiss Plaintiff's Antitrust and Fiduciary-Duty claims, and in support state:

    1.    Plaintiff's Complaint contains 135 paragraphs and multiple counts alleging antitrust violations, among other things.

    2.    Defendants are moving to dismiss those antitrust claims and Plaintiff's claim for breach of fiduciary duty.

    3.    To properly address those claims, and to assist the Court, Defendants require additional pages.

    4.    Plaintiff does not oppose this motion.

    5.    For these reasons, good cause exists for granting leave to file the attached overlength brief.

THEREFORE, Defendants PepsiCo, Inc. and Bottling Group, LLC respectfully request that the Court grant leave to file the attached 26-page brief, which exceeds the page limit by six pages.

/s/ Linda H. Martin
Linda H. Martin
Leah Friedman
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10011
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
E-mail: linda.martin@freshfields.com
         leah.friedman@freshfields.com

Thomas Ensign
Freshfields Bruckhaus Deringer US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
E-mail: thomas.ensign@freshfields.com

Ryan G. Koopmans (AT0009366)
NYEMASTER GOODE P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-3100
Facsimile: (515) 283-3108
Email:  rkoopmans@nyemaster.com

**ATTORNEYS FOR DEFENDANTS
PEPSICO, INC. and BOTTLING GROUP, LLC**

## CERTIFICATE OF SERVICE

 I hereby certify that on **July 29, 2016**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Johannes (John) H. Moorlach
WHITFIELD & EDDY, PLC
699 Walnut Street, Suite 2000
Des Moines, IA 50309
Telephone: (515) 246-5501
Fax: (515) 246-1474
Email: moorlach@whitfieldlaw.com

Jason H. Friedman
FRIEDMAN & FEIGER, LLP
5301 Spring Valley Road
Suite 200             /s/ Linda H. Martin
Dallas, TX 75254
(972) 788-1400
Fax: (972) 788-2667
Email: jhfriedman@fflawoffice.com

**ATTORNEY FOR PLAINTIFF**