IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MAHASKA BOTTLING COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO, INC. and BOTTLING GROUP, LLC.,<br><br>Defendants. | Case No. 4:16-cv-00114-JEG-SBJ<br><br><br><br>**AGREED MOTION FOR REVISED BRIEFING SCHEDULE** |

Plaintiff Mahaska Bottling Company, Inc., and Defendants PepsiCo, Inc. and Bottling Group, LLC, submit this Agreed Motion for Revised Briefing Schedule, and in support state:

1. On April 15, 2016, Plaintiff filed its original Complaint in this action ("Original Complaint").

2. On May 10, 2016, Plaintiff served Defendants with the Original Complaint.

3. By order of the Court dated May 31, 2016, Defendants' time to respond to the Original Complaint was extended to July 31, 2016.

4. In accordance with the Court's order, Defendants filed their Motion to Dismiss Plaintiff's Antitrust and Fiduciary Duties Claims ("Motion to Dismiss") on July 31, 2016.

5. Plaintiff intends to exercise its right to amend the Original Complaint in accordance with Federal Rule of Civil Procedure 15(a)(1)(B).

6. Without waiver of any rights or defenses, and subject to the entry of an appropriate briefing schedule, Defendants have agreed to withdraw their Motion to Dismiss upon the filing of an Amended Complaint.

THEREFORE, the parties respectfully request entry of a revised schedule, under which:

7. Plaintiff must file an Amended Complaint on or before Thursday, August 25, 2016.

8. Upon the filing of an Amended Complaint, Defendants' Motion to Dismiss shall be treated as withdrawn.

9. Defendants must answer or submit any motion to dismiss the Amended Complaint on or before Wednesday, September 28, 2016.

10. In the event that Defendants file a motion to dismiss the Amended Complaint, Plaintiff must submit any opposition to such motion on or before Friday, October 28, 2016.

11. In the event that Defendants file a motion to dismiss the Amended Complaint, Defendants must submit any reply in further support of their motion on or before Friday, November 11, 2016.

12. Subject to the foregoing, Plaintiff's time to respond to Defendants' Motion to Dismiss is adjourned *sine die*.

**RESPECTFULLY SUBMITTED:**

s/ Johannes (John) H. Moorlach
**WHITFIELD & EDDY, PLC**
699 Walnut Street, Suite 2000
Des Moines, Iowa 50309
*moorlach@whitfieldlaw.com*

**and**

**Jason H. Friedman**
**Mazin A. Sbaiti**
*Pro hac vice*
**FRIEDMAN & FEIGER**
5301 Spring Road, Suite 200
Dallas, Texas 75254
Telephone: (972) 788-1400
Facsimile: (972) 788-2667
*mazin@fflawoffice.com*
*jhfreidman@fflawoffice.com*

*ATTORNEYS FOR PLAINTIFF*

s/ Ryan G. Koopmans
**NYEMASTER GOODE P.C.**
700 Walnut Street, Suite 1600
Des Moines, IA 50309
*rkoopmans@nyemaster.com*

**Linda H. Martin**
**Leah Friedman**
*Pro hac vice*
**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10011
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
*linda.martin@freshfields.com*
*leah.friedman@freshfields.com*

**Thomas Ensign**
*Pro hac vice*
**Freshfields Bruckhaus Deringer US LLP**
700 13th Street NW, 10th Floor
Washington, DC 20005
*thomas.ensign@freshfields.com*

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I further certify that on *August 15, 2016*, the foregoing Motion was served upon filing on the following attorneys of record via the Court's ECF System:

| | |
|---|---|
| **Ryan G. Koopmans**<br>**NYEMASTER GOODE P.C.**<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309<br>*rkoopmans@nyemaster.com*<br><br>**Linda H. Martin**<br>**Leah Friedman**<br>*Pro hac vice*<br>**Freshfields Bruckhaus Deringer US LLP**<br>601 Lexington Avenue, 31st Floor<br>New York, NY 10011<br>Telephone: (212) 277-4000<br>Facsimile: (212) 277-4001<br>*linda.martin@freshfields.com*<br>*leah.friedman@freshfields.com*<br><br>**Thomas Ensign**<br>*Pro hac vice*<br>**Freshfields Bruckhaus Deringer US LLP**<br>700 13th Street NW, 10th Floor<br>Washington, DC 20005<br>Telephone: (202) 777-4500<br>Facsimile: (202) 777-4555<br>*thomas.ensign@freshfields.com*<br><br>*ATTORNEYS FOR DEFENDANTS* | **Jason H. Friedman**<br>**Mazin A. Sbaiti**<br>*Pro hac vice*<br>**FRIEDMAN & FEIGER**<br>5301 Spring Road, Suite 200<br>Dallas, Texas 75254<br>Telephone: (972) 788-1400<br>Facsimile: (972) 788 -2667<br>*mazin@fflawoffice.com*<br>*jhfreidman@fflawoffice.com*<br><br>*ATTORNEYS FOR PLAINTIFF* |

**s/ Johannes (John) H. Moorlach**