# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

-------------------------------------------------------------------x

MAHASKA BOTTLING CO.,

    Plaintiff,

vs.

PEPSICO, INC. and BOTTLING GROUP, LLC.,

    Defendants.

-------------------------------------------------------------------x

Civil Action No. 16-114

**NOTICE OF WITHDRAWAL**

    Leah Friedman, of the law firm Freshfields Bruckhaus Deringer US LLP, hereby gives notice of her withdrawal as counsel for Defendants in this matter.

    Ryan G. Koopmans, of the law firm Nyemaster Goode, P.C., and Thomas Ensign and Linda Martin, of the law firm of Freshfields Bruckhaus Deringer US LLP, remain as counsel for Defendants.


Dated: New York, New York
       September 21, 2016

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ Leah Friedman

601 Lexington Avenue
New York, New York 10022
212-277-4000 (Telephone)
212-277-4001 (Facsimile)
leah.friedman@freshfields.com


## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, and to my knowledge a copy of this document will be served on the parties or attorneys of record by the ECF system.

                                  /s/ Leah Friedman