IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MAHASKA BOTTLING COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO, INC. and BOTTLING GROUP, L.L.C.<br><br>Defendants. | Case No.: 4:16-cv-00114 REL-SBJ<br><br><br><br>**MOTION TO DISMISS ALL CLAIMS EXCEPT BREACH OF CONTRACT AND TORTIOUS INTERFERENCE** |

Defendants PepsiCo, Inc. and Bottling Group, LLC move to dismiss Plaintiff's antitrust, fiduciary-duty, business defamation / disparagement, and Lanham Act claims (Counts III, IV, and VI-X of the First Amended Complaint) under Federal Rule of Civil Procedure 12(b)(6), and in support state:

1. Plaintiff's antitrust, fiduciary-duty, business defamation / disparagement, and Lanham Act claims fail on the face of the First Amended Complaint.

2. For reasons explained in the accompanying Brief in Support of Defendants' Motion to Dismiss On All Claims Except for Breach of Contract and Tortious Interference, the First Amended Complaint fails to plead even the basic elements of its claims for price-fixing, predatory pricing, attempt and conspiracy to monopolize, and price discrimination (under either federal or state law). Moreover, all of the antitrust claims fail because the First Amended Complaint does not establish that Plaintiff has antitrust standing or identify any anticompetitive injury.

3. The First Amended Complaint's claim for breach of fiduciary duty likewise fails because Iowa law does not recognize a fiduciary relationship in these circumstances between Plaintiff and either Defendant.

4. The First Amended Complaint's business defamation / disparagement claim likewise fails because, as a threshold matter, the Supreme Court of Iowa does not appear to have recognized an independent cause of action for business disparagement. In addition, the First Amended Complaint fails to identify a single statement made by either Defendant that could be characterized as defamatory.

5. Finally, the First Amended Complaint's Lanham Act claim likewise fails because Plaintiff has no right to limit Defendant PepsiCo's use of its own trademarks, as expressly acknowledged by Plaintiff itself in its contracts with PepsiCo.

THEREFORE, Defendants PepsiCo, Inc. and Bottling Group, LLC respectfully request that Counts III, IV, and VI-X of the First Amended Complaint be dismissed with prejudice.

*/s/Linda H. Martin*
Linda H. Martin
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10011
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
E-mail: linda.martin@freshfields.com

Thomas Ensign
Freshfields Bruckhaus Deringer US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
E-mail: thomas.ensign@freshfields.com

3

    Ryan G. Koopmans (AT0009366)
    NYEMASTER GOODE P.C.
    700 Walnut Street, Suite 1600
    Des Moines, IA 50309
    Telephone: (515) 283-3100
    Facsimile: (515) 283-3108
    Email:  rkoopmans@nyemaster.com

    **ATTORNEYS FOR DEFENDANTS**
    **PEPSICO, INC. and BOTTLING**
    **GROUP, LLC**

## CERTIFICATE OF SERVICE

   I hereby certify that on **September 28, 2016**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Johannes (John) H. Moorlach
WHITFIELD & EDDY, PLC
699 Walnut Street, Suite 2000
Des Moines, IA  50309
Telephone: (515) 246-5501
Fax: (515) 246-1474
Email: moorlach@whitfieldlaw.com

Jason H. Friedman
FRIEDMAN & FEIGER, LLP
5301 Spring Valley Road, Suite 200
Dallas, TX 75254         */s/Linda H. Martin*_____
(972) 788-1400
Fax: (972) 788-2667
Email: jhfriedman@fflawoffice.com

Mazin A. Sbaiti
Sbaiti & Company PLLC
5307 Mockingbird Lane, Fifth Floor
Dallas, TX 75206
(214) 432 2899
Fax: (214) 853-5367
Email:  sbaitiandcompany@gmail.com

**ATTORNEYS FOR PLAINTIFF**