**EXHIBIT "B"**

