UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| MAHASKA BOTTLING COMPANY, INC., | * * * | CIVIL NO. 4:16-cv-00114-JEG-SBJ |
| Plaintiff, | * | |
| v. | * * | **SCHEDULING ORDER** |
| PEPSICO, INC. and BOTTLING GROUP, LLC, | * * * | |
| Defendants. | * * | |

The Court conducted telephonic scheduling conferences with counsel pursuant to Fed. R. Civ. P. 16 on November 9, 2016, and December 12, 2016. Upon the Court's review, and in light of the discussions with counsel, the Rule 26(f) Stipulation and Proposed Order Regarding Discovery Protocols (Dkt. 47) submitted by the parties on December 8, 2016, shall be, and is hereby, approved and adopted by the Court in its entirety, and incorporated herein by reference.

For purposes of case management, the following specific deadlines set forth by the parties relating to the filing of a motion for class certification shall be indicated on the docket:

A. Moving papers, including any supporting declarations or evidentiary submissions, shall be due by July 14, 2017.

B. Opposition papers, including any supporting declarations or evidentiary submissions, shall be due by August 18, 2017.

C. Reply papers, including any supporting declarations or evidentiary submissions, shall be due by September 8, 2017.

(*Id.* § V.)   The trial for the case will be set by the Court at a later date.

**IT IS SO ORDERED.**

Dated December 13, 2016.

STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE