# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **MAHASKA BOTTLING COMPANY, INC.,**<br><br>*Plaintiff,*<br>v.<br><br>**PEPSICO, INC. and BOTTLING GROUP, LLC,**<br><br>*Defendants.* | Case No. 4:16-cv-00114-JEG-SBJ<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

The parties jointly move the Court to enter the accompanying Stipulated Protective Order Governing Confidential Information and Documents. This Stipulated Protective Order specifies the conditions under which private, sensitive, and/or legally confidential documents and information in possession of the parties must be exchanged, used, and protected in this litigation, and authorizes the parties to disclose that information in response to discovery requests. This Stipulated Protective Order is justified by Rule 26(c) of the Federal Rules of Civil Procedure and relevant case law and is necessary in order for the parties to obtain relevant and essential discovery.

Prompt entry of this Stipulated Protective Order authorzing the parties to disclose such records is necessary for the conduct of discovery of this action. The parties, therefore, respectfully request that the attached Stipulated Protective Order Governing Confidential Information and Documents adopted by order of the Court.

**RESPECTFULLY SUBMITTED:**

*/s/ Jason H. Friedman*

**Jason H. Friedman**
*Admitted Pro Hac Vice*
FRIEDMAN & FEIGER
5301 Spring Road, Suite 200
Dallas, Texas 75254
Telephone: (972) 788-1400
Facsimile: (972) 788 -2667
*jhfreidman@fflawoffice.com*

and

**Mazin A. Sbaiti**
Sbaiti & Company PLLC
5307 Mockingbird Lane, Fifth Floor
Dallas, TX 75206
(214) 432 2899
Fax: (214) 853-5367
*sbaitiandcompany@gmail.com*

and

**Johannes (John) H. Moorlach**
WHITFIELD & EDDY, PLC
699 Walnut Street, Suite 2000
Des Moines, Iowa 50309
*moorlach@whitfieldlaw.com*

*ATTORNEYS FOR PLAINTIFF*

/s/ Linda H. Martin

**Linda H. Martin**
*Admitted Pro hac vice*
**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10011
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
*linda.martin@freshfields.com*

and

**Thomas Ensign**
*Admitted Pro hac vice*
**Freshfields Bruckhaus Deringer US LLP**
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
*thomas.ensign@freshfields.com*

and

**Ryan G. Koopmans**
**NYEMASTER GOODE P.C.**
700 Walnut Street, Suite 1600
Des Moines, IA 50309
*rkoopmans@nyemaster.com*

*ATTORNEYS FOR DEFENDANTS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **March 1, 2017**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record.

*/s/ Jason H. Friedman*
_____