IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MAHASKA BOTTLING COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO, INC., and BOTTLING GROUP, L.L.C.<br><br>Defendants. | Case No.:  4:16-cv-00114 REL-SBJ<br><br><br><br>**APPEARANCE OF ATTORNEY SPENCER S. CADY FOR DEFENDANTS** |

**COMES NOW** Attorney Spencer S. Cady of the firm Nyemaster Goode, P.C., and hereby enters his appearance on behalf of Defendants Pepsico, Inc. and Bottling Group, L.L.C.

　/s/ *Spencer S. Cady*
Spencer S. Cady                    AT0011812
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone:  (515) 283-3118
Facsimile:     (515) 283-3108
E-mail: scady@nyemaster.com

**ATTORNEY FOR DEFENDANTS PEPSICO, INC., and BOTTLING GROUP, L.L.C.**

## CERTIFICATE OF SERVICE

      I hereby certify that on **May 4, 2017**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Johannes (John) H. Moorlach
WHITFIELD & EDDY, PLC
699 Walnut Street, Suite 2000
Des Moines, IA  50309
Telephone: (515) 246-5501
Facsimile: (515) 246-1474
E-mail: moorlach@whitfieldlaw.com
**and**
Jason H. Friedman
FRIEDMAN & FEIGER
5301 Spring road, Suite 200
Dallas, TX  75254
Telephone: (972) 788-1400
Facsimile: (972) 788-2667
E-mail:  jhfriedman@fflawoffice.com
**ATTORNEYS FOR PLAINTIFF**

    /s/ Spencer S. Cady
    NYEMASTER GOODE P.C.