IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MAHASKA BOTTLING COMPANY, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>PEPSICO, INC. and BOTTLING GROUP, LLC,<br><br>          Defendants.<br><br>PEPSICO, INC.,<br><br>  Defendant-Counterclaim Plaintiff,<br><br>v.<br><br>MAHASKA BOTTLING COMPANY, INC.,<br><br>  Plaintiff-Counterclaim Defendant<br><br>and<br><br>PEPSI-COLA BOTTLING COMPANY OF SALINA, INC. and PEPSI-COLA BOTTLING COMPANY OF NORFOLK, INC.,<br><br>         Counterclaim Defendants. | Case No.: 4:16-cv-00114 JEG-SBJ<br><br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

  As required by Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendants PepsiCo, Inc. and Bottling Group, LLC, through their undersigned attorneys, provide the following information to the Court:

(*a*) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Defendants as parents, subsidiaries, or*

*otherwise, or have a direct or indirect pecuniary interest in the Defendants' outcome in the case:*

Bottling Group, LLC is a wholly owned subsidiary of Pepsi-Cola Metropolitan Bottling Company, Inc., which is a wholly owned subsidiary of PepsiCo, Inc., which is a publicly traded company. There is no publicly traded corporation that owns 10% or more of PepsiCo, Inc.'s stock.

*(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation or both:*

The only entities with any direct interest in this litigation are Bottling Group, LLC and PepsiCo, Inc., both of which are named defendants. Pepsi-Cola Metropolitan Bottling Company, Inc. could be said to have an indirect interest in the litigation, only inasmuch as any parent company has an indirect interest in damages, losses, or expenses sustained by any of its subsidiaries.

Dated: November 20, 2017

Respectfully submitted,

_/s/ Linda H. Martin_____
**Linda H. Martin**
**Robert J. McCallum**
**Cathelynn Tio**
*Pro hac vice*
**FRESHFIELDS BRUCKHAUS**
**DERINGER US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10011
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
*linda.martin@freshfields.com*
*rob.mccallum@freshfields.com*
*cathy.tio@freshfields.com*

**Thomas Ensign**
*Pro hac vice*
**FRESHFIELDS BRUCKHAUS**
**DERINGER US LLP**
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
*thomas.ensign@freshfields.com*

**and**

**Spencer Cady**
**NYEMASTER GOODE P.C.**
700 Walnut Street, Suite 1600
Des Moines, IA 50309
*scady@nyemaster.com*

*ATTORNEYS FOR DEFENDANTS PEPSICO, INC. and BOTTLING GROUP, LLC, AND COUNTERCLAIM PLAINTIFF PEPSICO, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on **November 20, 2017** I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jason H. Friedman
Shauna A. Izadi
James R. Krause
Ernest W. Leonard
Lawrence J. Friedman
FRIEDMAN & FEIGER, LLP
5301 Spring Valley Road, Suite 200
Dallas, Texas 75254
Telephone (972) 788-1400
Facsimile (972) 788-2667
Email: jhfriedman@fflawoffice.com
sizadi@fflawoffice.com
jkrause@fflawoffice.com
eleonard@fflawoffice.com
lfriedman@fflawoffice.com

Johannes (John) H. Moorlach
WHITFIELD & EDDY, PLC
699 Walnut Street, Suite 2000
Des Moines, Iowa 50309
Telephone (515) 246-5501
Facsimile (515) 246-1474
Email: moorlach@whitfieldlaw.com

ATTORNEY FOR PLAINTIFF MAHASKA
BOTTLING COMPANY, INC.

*/s/ Spencer S. Cady*